**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAIE WEIE ENTERPRISE CO., LTD., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> TECHNOLOGICAL AQUATIC ASSOCIATED MANUFACTURING, a California corporation; TAT WAI LI, an individual, doing business as Tat Tropical Illusion; MEI LI LI, an individual, doing business as Tat Tropical Illusion; and DOES 1-10, <br><br> Defendants and Counterclaimants. | No. 2-20-cv-03427-RSWL-JCx <br><br> **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE CASE PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II), AND CONSENT TO JURISDICTION OF COURT** <br><br> The Hon. Ronald S. W. Lew |

The Court having read and considered the *Stipulation of Dismissal with Prejudice of Entire Case pursuant to Fed. R. Civ. Pro. 41(A)(1)(II), and Consent to Jurisdiction of Court*, made and entered into between Plaintiff/Counterdefendant Taie Weie Enterprise Co., Ltd. ("TWE"), as well as TWE's owners, individuals Chi Der Chen and Sue Sue Chen (together "TWE et al.") and Defendants/Counterclaimants Technological Aquatic Associated Manufacturing, Tat Wai Li, and Mei Li Li ("TAAM et al."), by themselves and/or their respective counsel, and finding that good cause appears to grant the Stipulation,

HEREBY ORDERS as follows:

1. All claims brought by TWE are dismissed with prejudice in their entirety pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

2. All counterclaims brought by TAAM et al. are dismissed with prejudice in their entirety pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

3. Each of the following parties consents to this Court's personal jurisdiction over him, her or it in connection with the enforcement of the Settlement Agreement entered into by all of them on or about November 23, 2021, that resulted in the settlement of the disputes between them: Taie Weie Enterprise Co., Ltd., Chi Der Chen, Sue Sue Chen, Technological Aquatic Associated Manufacturing, Tat Wai Li, and Mei Li Li.

4. The Court shall retain jurisdiction to enforce the Settlement Agreement entered into by the parties on or about November 23, 2021

**IT IS SO ORDERED.**

DATED: December 18, 2021

/s/ RONALD S.W. LEW
Hon. Ronald S.W. Lew
United States District Judge